UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PRENTICE ROBINSON (#75065)

VERSUS

KATHLEEN BABINEAUX BLANCO, ET AL

CIVIL ACTION

NO. 06-718-A

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation (4) of United States Magistrate Judge Docia L. Dalby, dated January 4, 2007, to which no objection has been filed, hereby approves the report and recommendation and adopts it as the court's opinion herein.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, plaintiff's complaint shall be dismissed pursuant to 28 U.S.C. § 1995(e)(2)(B)(ii) and without prejudice to any state law claim.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, January 24, 2007.

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA