UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2007 MAR 30  A 10: 24

SIGN_____
BY DEPUTY CLERK

PRENTICE ROBINSON (#75065)

VERSUS

KATHLEEN B. BLANCO, ET AL

CIVIL ACTION

NO. 06-718-A

# RULING ON MOTION
# TO ALTER OR AMEND THE JUDGMENT

This matter is before the court on a motion to alter or amend the judgment filed by the pro se plaintiff, Prentice Robinson (doc. 8).  The plaintiff seeks reconsideration of the ruling of the court dated January 24, 2007 (doc. 6) adopting the report and recommendation of Magistrate Judge Docia L. Dalby (doc. 4) and dismissing the plaintiff's claims.

The plaintiff alleges that he did not receive the Magistrate Judge's report and recommendation until January 10, 2007.  Assuming this allegation is correct, the plaintiff had until January 30, 2007 to object.  Fed. R. Civ. P. Rule 6 and 28 U.S.C. §636(b)(1).  The plaintiff submitted his objection on January 29, 2007 (doc. 9), which was within the required the time period.  Accordingly, the ruling of the court adopting the report and recommendation and subsequent judgment, rendered on January 24, 2007, were premature.  As a result the court hereby vacates the prior ruling (doc. 6) and judgment of the court (doc. 7) as premature.

1

The court has reviewed the plaintiff's timely objection and concludes that it fails to demonstrate how the report and recommendation is clearly erroneous or contrary to law.

Accordingly, the motion to alter and amend the judgment filed by the plaintiff, Prentice Robinson, (doc. 8) shall be **GRANTED** and the prior ruling and judgment of the court dated January 24, 2007 (doc. 7) shall be **VACATED.** Having considered the plaintiff's objection to the report and recommendation, the report and recommendation itself, and the law applicable, the court hereby approves the report and recommendation and adopts it as the court's opinion herein. The plaintiff's complaint shall be **DISMISSED** pursuant to 28 U.S.C. §1995(e)(2)(B)(ii) and without prejudice to any state law claim. Judgment shall be entered accordingly.

Baton Rouge, Louisiana, March 29, 2007.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

2