UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PRENTICE ROBINSON (#75065)

VERSUS

KATHLEEN BABINEAUX BLANCO, ET AL

CIVIL ACTION

NO. 06-718-JVP-DLD

**RULING**

The court has carefully considered defendants' motion for summary judgment, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated July 27, 2010 (document number 54). Plaintiff has filed objection (document number 55) to the report and recommendation which merely restates legal argument and does not require de novo findings under 28 U.S.C. 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, defendants' motion for summary judgment is granted and plaintiff's claims against Warden Burl Cain and Secretary James M. LeBlanc shall be dismissed as frivolous pursuant to 28 U.S.C. § 1915 e(2)(B)(I) and this action shall be dismissed.

Baton Rouge, Louisiana, August 25, 2010.

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA